IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KHIRUS E. WILLIAMS,
   Plaintiff,
     v.

CITY OF ATLANTA, et al.,
   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3723-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 62] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 44]. The Plaintiff was a Major in the Atlanta Police Department. The Chief of Police ordered him to be demoted to Lieutenant after he sent out an email to 20 midtown community leaders in which he protested Deputy Chief Finley's proposal to reorganize Midtown Zone 5. Before the demotion went into effect, the Plaintiff retired. The Magistrate Judge correctly found that the Plaintiff sent out the email in his capacity as an employee of APD and that APD's interest in preserving an orderly chain of command outweighed the Plaintiff's First Amendment rights. The Plaintiff failed to make out a prima facie case of race discrimination and failed to rebut the Defendants' legitimate

nondiscriminatory reason for the demotion. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 44] is GRANTED.

SO ORDERED, this 30 day of September, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge